ALFRED H. TOWNLEY, as Receiver of the Property of EDGAR C. RIEBE & COMPANY, Respondents, *v.* IMPORT CHEMICAL COMPANY and EDGAR C. RIEBE, Appellants, Impleaded with EDGAR C. RIEBE & COMPANY.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 24th day of January, 1916, denying a motion to separately state and number causes of action in the amended complaint.

PER CURIAM: Upon the complaint as framed, we are satisfied that there is but one cause of action attempted to be set forth. Upon the question whether there is a cause of action which would withstand demurrer, we express no opinion. (See *Matter of Bouker Contracting Co.* v. *Calahan Contracting Co.*, 92 Misc. Rep. 241; affd., on opinion of Lehman, J., 172 App. Div. 906.) The order appealed from is, therefore, affirmed, with ten dollars costs and disbursements. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ. Order affirmed, with ten dollars costs and disbursements.